UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>       Plaintiff(s), )<br>   )<br>vs. )<br>   )<br>JOSE ROMER REYES-UGARTE, )<br>   )<br>       Defendant(s). ) | Case No. 4:07CR286 JCH |

## ORDER

This matter is before the Court on Defendant's pre-trial Motions to Suppress Evidence. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge David D. Noce, who filed a Report and Recommendation on June 29, 2007. (Doc. No. 28). In his Report and Recommendation, Magistrate Judge Noce recommends that Defendant's motions be denied. After de novo review of the entire record in this matter, this Court adopts the Magistrate Judge's recommendation that Defendant's motions be denied.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [Doc. No. 28] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motions to Suppress Evidence [Doc. Nos. 18 (oral), 22] are **DENIED**.

Dated this 31st day of August, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE